# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

July 31, 2026

LAURA A. AUSTIN, CLERK
BY: **/s/ Robin Bordwine**
DEPUTY CLERK

| | | |
|---|---|---|
| **ALLEN CEDRIC TAYLOR,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25CV00042 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **FRANK J. BISIGNANO,** | ) | JUDGE JAMES P. JONES |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed July 2, 2026, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1.	The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2.	The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report.

ENTER:   July 31, 2026

/s/ JAMES P. JONES
Senior United States District Judge